## BUSBY HOTEL & THEATRE CO. et al. v. HALL.

No. 17360. Opinion Filed April 12, 1927.

Rehearing Denied June 28, 1927.

Error from District Court, Pittsburg County; O. H. Searcy. Assigned Judge.

Action by Howard E. Hall against the Busby Hotel & Theatre Company. a corporation, et al. Judgment for plaintiff, and defendants appeal. Affirmed.

William J. Horton, Jackman A. Gill. and Fordyce, Holliday & White, for plaintiffs in error.

A. C. Markley (Miller. Winger & Reeder and S. J. McCulloch, of counsel), for defendant in error.

PHELPS, J. For the purpose of trial this cause was consolidated with causes Nos. 17358 and 17359, and the same questions pre-

sented here were presented, considered, and disposed of in cause No. 17359, 125 Okla. 239, 257 Pac. 314, opinion in which has this day been filed, and the conclusions and syllabus in that case are hereby referred to and adopted as the conclusions and syllabus in this case, and upon the same the judgment of the district court of Pittsburg county is affirmed.

BRANSON, C. J., MASON, V. C. J., and LESTER, CLARK, RILEY, and HEFNER, JJ., concur.